ANDREA T. MARTINEZ, United States Attorney (#9313)
JAMIE Z. THOMAS, Assistant United States Attorney (#9420)
Attorneys for the United States of America
111 South Main Street, Suite 1800
Salt Lake City, Utah 84111
Telephone: (801) 524-5682

FILED US District Court-UT
FEB 09 '22 PM04:52

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF UTAH

| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>JARED CHADWICK aka "HERCULES",<br><br>Defendant. | INDICTMENT<br><br>COUNT 1: Felon in Possession of Firearms and Ammunition, 18 U.S.C. § 922(g)(1)<br><br>Case: 1:22-cr-00019<br>Assigned To : Sam, David<br>Assign. Date : 02/09/2022 |
|---|---|

The Grand Jury charges:

### COUNT 1
**18 U.S.C. § 922(g)(1)**
**(Felon in Possession of Firearms and Ammunition)**

On or about January 26, 2022, in the District of Utah,

**JARED CHADWICK aka "HERCULES"**,

defendant herein, knowing he had been convicted of a crime punishable by a term of imprisonment exceeding one year, did knowingly possess firearms and ammunition, to wit: one Glock model 48 9mm handgun, one Glock 43 9mm handgun, and associated

1

ammunition, and the firearms and ammunition were in and affecting commerce; all in violation of 18 U.S.C. § 922(g)(1).

## NOTICE OF INTENT TO SEEK FORFEITURE

Pursuant to 18 U.S.C. § 924(d)(1) and 28 U.S.C. § 2461(c), upon conviction of any offense violating 18 U.S.C. § 922, the defendant shall forfeit to the United States of America any firearm or ammunition involved in or used in the commission of the offense, including, but not limited to:

- Glock model 48 9mm handgun S/N: BLGU728;
- Glock 43 9mm handgun S/N: AGAA197;
- any associated ammunition, magazines, and holsters.

A TRUE BILL:

/s/
FOREPERSON OF GRAND JURY

ANDREA T. MARTINEZ
United States Attorney

*Jamie Thomas*
JAMIE Z. THOMAS
Assistant United States Attorney